IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT NICHOLAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1541 |
| | § | |
| YUSEN LOGISTICS AMERICAS, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

Yusen Logistics (Americas), Inc. moved to quash the notice of deposition and the subpoena duces tecum for Giovanni Dattoli and for a protective order. The motion to quash the deposition of Giovanni Dattoli as noticed for March 28, 2014 is denied, but the subpoena is modified. The date of the deposition is now **April 8, 2014**. To the extent Yusen Logistics moved to quash based on the discovery cut off, the plaintiff, Scott Nicholas, has shown good cause for a modest modification of the scheduling order to permit this deposition to be taken.

The motion to quash, (Docket Entry No. 27), is denied, but the notice and subpoena are modified to change the date to one convenient for all counsel.

SIGNED on March 31, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge